# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| HATEM SAIED, | : | No. 62 EM 2021 |
| Petitioner | : | |
| v. | : | |
| WCAB (MENZIES AVIATION GRP), | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2022, the "Application for Allowance to Exceed Word Count" is DENIED. Petitioner has 30 days in which to file a compliant Petition for Allowance of Appeal.